JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAU V. M. F.,[1] | Case No. CV 23-1112 PVC |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARTIN J. O'MALLEY, Commissioner of Social Security,[2] | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED:  March 18, 2024

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Martin J. O'Malley, Commissioner of the Social Security Administration, is substituted his predecessor, whom Plaintiff named in the Complaint.  *See* 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).